1070

No. 98–1502. JARVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1508. LAKE ET UX. v. RUBIN, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 98–6134. UDERRA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–6412. CLARK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–6934. ARIZMENDE-MATIAS v. UNITED STATES; and MORALES-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7238. HOFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7259. KARTIK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7262. MOSLEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7307. DOWTHITT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7350. SPOTZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–7354. SANTOS-ROMERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7384. AREVALO-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7399. ELDRED v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 98–7533. MURRAY v. DOSAL, CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA. C. A. 8th Cir. Certiorari denied.